# Moon *v.* Butler & Co.

*Detinue.*

(Decided June 12, 1913.   62 South. 1019.)

*Appeal and Error; Assignment; Form and Requisite.*—A separate piece of letter paper containing the business card of an attorney attached to a page of the transcript by pasting the left hand margin thereon is not a part of the record, and is not a compliance with the requirements that the assignments of error shall be written on the record or transcript.

APPEAL from Madison Circuit Court.

Heard before Hon. A. H. ALSTON.

Detinue by J. E. Butler & Co., against G. P. Moon. Judgment for plaintiff and defendant appeals. Affirmed for want of assignment of error on the record.

TURNER PETTY, for appellant. Counsel discusses the errors attempted to be assigned with citation of authority in support of his contentions, but in view of the opinion, it is not deemed necessary to here set them out.

SPRAGINS & SPEAKE, for appellee. After discussing the merits of the appeal, with citation of authority, counsel insist that there is not such an assignment of error on the record as will authorize this court to review the cause.—*Pugh v. Hardeman,* 151 Ala. 248.

PELHAM, J.—The appellee in brief filed cites the ruling of the Supreme Court as to what constitutes an assignment of errors on the record, and invokes the ruling of this court on this point, insisting that the assignment in this case is not sufficient to authorize a review of the errors assigned. The transcript shows

[Willard v. Cox.]

that the only assignment of errors attempted is set out on a separate piece of letter paper, containing the business card of appellant's counsel printed or embossed upon it. This separate sheet of paper is attached to a page of the transcript by pasting the left-hand edge thereof to such page. Under the holdings of the Supreme Court this is not an assignment of errors on the record, and there must be an affirmance for failure to assign errors.—*Pugh v. Hardman*, 151 Ala. 248, 44 South. 389; *Hunter v. L. & N. R. R. Co.*, 150 Ala. 594, 43 South. 802, 9 L. R. A. (N. S.) 848.

We may state, however, that an examination of the record shows that the assignments undertaken to be made are without merit.

Affirmed.